THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* STEPHEN TURNER, Defendant-Appellant.

(No. 60464;

First District (3rd Division)—August 7, 1975.

320

Opinion by Mr. JUSTICE McNAMARA.

James J. Doherty, Public Defender, of Chicago (Suzanne M. Xinos, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Raymond J. Prosser, Assistant State's Attorneys, and Henry H. Sugden III, Law Student, of counsel), for the People.